DOC Form 225B    (Revised 1/30/2003)

## ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

1. INMATE: __James Brookshire__   CUSTODY: __Medium__   AIS#: __W/187530__
2. FACILITY: __Limestone Correctional Facility__
3. The above inmate is being charged by __Andy Whitt, COI__
   with a violation of Rule Number __62__, specifically __Intentionally Creating a Security, Safety or Health Hazard.__

   from Administrative Rules and Regulation #403, which occurred on or about __March 31,__ 2005, at (time) __1:20__ (xx/pm) Location: __A-Side Yard in front of Dormitory #7__. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __You, Inmate James Brookshire, W/187530, was observed by Officer Whitt standing beside the fence in front of Dormitory #7 passing a watch through the fence to Special Unit Inmate Ronald Thomas, W/232917.__

   __4-1-05__                          Andy Whitt, COI/ _Andy Whitt COI_
   Date                                Arresting Officer / Rank / Signature

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I have informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __2__ day of __April__, 2005, at (time) __8:26 Am__ (am / pm).

   _Steve Johnson /COI/_         _James Brookshire 187530_
   Serving Officer / Rank / Signature    Inmate's Signature / AIS Number

6. Witnesses desired?  NO: _James Brookshire 187530_           YES: _____
                            Inmate's Signature                       Inmate's Signature

7. If yes, list: __N/A__

8. Hearing Date: __April 6, 2005__   Time: __1:40 pm__   Place: __Dormitory 9 B-side__
9. Inmate must be present in Hearing Room. If he is not present, explain in detail on additional page and attach.
10. A finding is made that the inmate (is / is not) capable of representing himself.

    _Sgt Andy O Hatchcott_
    Signature / Hearing Officer

11. Plea: _____ Not Guilty   _X James Brookshire 187530_ Guilty
12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _Sgt Andy O Hatchcott_
    Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): ~~XX/XXXX XX XXXX X X XXXX X XXXX X X~~ ~~XXX XX XXX X X X XXXXX X X X~~ On March 31, 2005, at approximately 1:20 P.M., while supervising the Dormitory #9 Protective Custody Inmates on the A-Side Yard, I, Officer Andy Whitt observed Inmate James Brookshire W/187530 and...continued

                                                            Annex C to AR 403  (Page 1 of 3)

Plaintiff's Exhibit - "A"

14. Inmate's Testimony: No statement.

Witness: N/A          Substance of Testimony: _____

Witness: N/A          Substance of Testimony: _____

Witness: N/A          Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

_____ for _____
Signature / Hearing Officer

16. The Following witnesses were not called  -  reason not called.
    1. N/A
    2. N/A
    3. N/A

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific) the Hearing Officer finds that: H/O accepts Inmate Brookshire's guilty plea.

18. Basis for Finding of Fact: Inmate Brookshire pled guilty.

19. Hearing Officer's Decision:     x   Guilty     ____ Not Guilty
20. Recommendation of Hearing Officer: 30 days disciplinary segregation; 30 days extra duty for 2 hours per day on 2nd shift; 30 days loss of store, visitation and telephone.

_____ for _____
Signature / Hearing Officer
Anthony D. Hatcher COII
Typed Name and Title

21. Warden's Action  Date  4/13/05
    Approved   David J. Wise
    Disapproved
    Other (specify)

22. Reason if more then 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the 13 day of April 2005, at (time) 9:55 (am/ pm).

_____          _____
Signature / Serving Officer / Title          Inmate's Signature and AIS Number

Annex C of AR 403 (page 2 of 3 pages)

"A"

# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT (OPTIONAL)

Inmate Name & AIS # :  **James Brookshire W/187530**          Disciplinary Number: **LCF-0082-05**

Facility : **Limestone Correctional Facility**

CONTINUED ARRESTING OFFICER'S (AO) STATEMENT AND/OR QUESTION BY HEARING OFFICER (QBHO) TO ARRESTING OFFICER:

...Inmate Ronald Thomas W/232917, standing in front of Dormitory #7. Inmate Thomas is a Special Unit inmate and was on that side of the fence. Inmate Brookshire is a Protective Custody inmate and was on that side of the fence. I observed Inmate Thomas pass something through the fence to Inmate Brookshire. Sergeant Anthony Hatcher, Officer Jimmy Heathington and I approached the inmates. A search was conducted on both inmates. Inmate Brookshire was observed by me. He had a watch that he stated he received through the fence from Inmate Thomas. Both inmates were advised of the Rule Violation they committed: Being in an Unauthorized Area and what they are being charged with; R.V. #62-Intentionally Creating a Security, Safety or Health Hazard. Both inmates were counseled concerning this matter and per Sergeant Hatcher, placed in Administrative Segregation pending Disciplinary Action and investigation for this charge.

CONTINUED INMATE'S STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO INMATE:

CONTINUED WITNESS TESTIMONY (QBHO):

CONTINUED FINDINGS OF FACTS:

CONTINUED BASIS FOR FINDING OF FACT:

CONTINUED HEARING OFFICER'S RECOMMENDATIONS:

OTHER:

Annex C of AR 403 (page 3 of 3 pages)

"A"

## STATEMENT

On March 31, 2005, at approximately 1:20 p.m., while supervising the Dormitory #9 Protective Custody Inmates on the A-Side Yard, I, Officer Andy Whitt observed Inmate James Brookshire, W/187530 and Inmate Ronald Thomas, W/232917, standing in front of Dormitory #7. Inmate Thomas is a Special Unit Inmate and was on that side of the fence. Inmate Brookshire is a Protective Custody Inmate and was on that side of the fence. I observed Inmate Thomas pass something through the fence to Inmate Brookshire. Sergeant Anthony Hatcher, Officer Jimmy Heathington and I approached the inmates. A search was conducted on both inmates. Inmate Brookshire was observed by me, he had a watch that he stated he received through the fence from Inmate Thomas. Both inmates was advised of the Rule Violations they committed, Being in an Unauthorized Area and what they are being charged with, RV #62 Intentionally Creating a Security, Safety or Health Hazard. Both inmates were counseled concerning this matter and per Sergeant Hatcher, placed in Administrative Segregation pending Disciplinary Action and investigation for this charge.

_____
Andy Whitt, COI