## 24 HOUR ADVANCE NOTIFICATION OF
## PENDING RECLASSIFICATION

**TO:** James Brookshire _____ 187530 _____ | W/M _____ | 04/26/2005 _____

      **NAME**          **AIS #**              **R/S**            **DATE**

**Notice of Reclassification:** This is to inform you that on the _28th_ day of _April_ , 20 _05_ , you will meet a reclassification team to be considered for change in custody and/or institutional assignment because: Placement into administrative segregation in accordance with policy established by Warden Mitchem and insure the orderly operation of the Protective Custody unit. On 03/31/2005 you demonstrated behavior which was in violation of the rules and regulations of the Department of Corrections when you passed a watch through the fence to another inmate. As a result of your behavior, you plead guilty of violating rule #62 Creating a security, safety, or health Hazard. It is the policy of Warden Mitchem that Protective Custody inmates receiving major disciplinary action are placed into Administrative Segregation.

This hearing is not to retry any disciplinary actions. Any questions must be presented in writing at the hearing.

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

_____ _____ _____

**NAME OF SERVING OFFICER**          **DATE**          **WITNESS**

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on _26 Apr 2005_ at _11:20 AM_

      **DATE**                 **TIME**

_____ **SIGNATURE OF INMATE** _____ **AIS #** _____

**WITNESSES REQUESTED BY INMATE:**

_____ _____

_____ _____ **NONE**

**DISTRIBUTION: INMATE/INSTITUTIONAL FILE/CENTRAL FILE**

Plaintiff's Exhibit "B"

ALABAMA DEPARTMENT OF CORRECTIONS   PROGRESS REVIEW FORM   APRIL  26, 198

AIS #: 00187530R    SSN: 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   RACE/SEX: W/M   DATE OF BIRTH: 06/29/1969
NAME: BROOKSHIRE, JAMES STEVEN    CUSTODY:  MED9   SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE   TIME SRVD: 10Y03M09 LAST DISC: 04-13 2009
CRME: MURDER                         MIN REL DT: 01/16/2020 ACTIVE DET: 0

DISC: INT. CREATE SECURITY/SAFETY/HE   PRL CONS:   08/01/2009 EDUCAT LEV: 09

W /POM: _____    PRIM OCCUP: TRUCK DRIVER

RECOMMENDED INSTITUTION: LCF-Admin. Seg.       RECOMMENDED CUSTODY: _____

JUSTIFICATION: Reclassification hearing with recommendations for p

into administrative segregation to insure the orderly operation of

Protective Custody unit and the institution. Also, based on policy of

WaRDEN MItchem. ON3/31/2005 inmate was observed passing a watch through the

fence to another inmate this behavior demonstrated by the inmate is in

violation of the DOC rules and regulations. He plead guilty on Rule violation

# 62. It is the policy established by Warden MItchem that inmates in

Protective Custody receiving major disciplinary action are to be placed

in Administrative Segregation.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:        APP. S/L:
                                                         4 28 05
CLASSIFI_____    WARDEN OR DESIGNEE      DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR DATE

                CENTRAL REVIEW BOARD ACTION

____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

_____

                                           CRB MEMBER            DATE

____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

_____

                                           CRB MEMBER            DATE

____ APPROVED ____ DENIED; DIVERTED TO: _____   REASONS: _____

_____

                                           CRB MEMBER            DATE

FINAL DECISION: INST LCF-AS CUSTODY  Med DATE  4 28 05

DATE INMATE INFORMED: 4 28 05 INMATE'S SIGNATURE: _____

Plawtffs Exhibir "C"