IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BROOKSHIRE, #187530, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv721-T |
| | ) (WO) |
| DONAL CAMPBELL, et al., | ) |
| Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 9, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this be and hereby is TRANSFERRED to the United States District Court for the Northern Division of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE, this the 15th day of September, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE